DAVIS and another, ·Executors, Respondents, vs. JOYCE, Appellant.

For the appellant: *Frawley & Stolts,* attorneys, and *W. H. Frawley, Jr.,* of counsel, all of Eau Claire.

For the respondents: *Bundy, Beach & Holland* of Eau Claire.

*By the Court.*—Judgment affirmed.

STEVEN and another, Trustees, Respondents, vs. JOYCE, Appellant.

For the appellant: *Frawley & Stolts,* attorneys, and *W. H. Frawley, Jr.,* of counsel, all of Eau Claire.

For the respondents: *Bundy, Beach & Holland* of Eau Claire.

*By the Court.*—Judgment affirmed.

STEVEN and another, Trustees, Respondents, vs. COUSINS, Appellant.

For the appellant: *Frawley & Stolts,* attorneys, and *W. H. Frawley, Jr.,* of counsel, all of Eau Claire.

For the respondents: *Bundy, Beach & Holland,* of Eau Claire.

*By the Court.*—Judgment affirmed.